DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDY D. JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-16

[June 10, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case Nos. 432014CF000041 and 432014CF000119A .

Randy D. Jackson, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***